UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE PUDA COAL SECURITIES INC.,       :        11cv2598 (DLC)
et al. LITIGATION                      :      and all member and
                                       :        related cases
This document relates to: ALL ACTIONS. :
                                       :           ORDER
-------------------------------------- X
                                       :
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                         Plaintiff,    :        15cv2304 (DLC)
                                       :
         -v-                           :
                                       :
MAQUARIE CAPITAL (USA) INC., ET AL.,   :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/16

DENISE COTE, District Judge:

On November 22, 2016, a telephone conference was held with lead counsel for the plaintiffs and counsel for defendant Moore Stephens, P.C. ("MSPC") regarding the plaintiffs' motion for preliminary approval of a proposed class-action settlement with MSPC.  Accordingly, it is hereby

ORDERED that the plaintiffs shall submit, by December 2, a supplemental memorandum of law with revised proposed notices, as well as a supplemental preliminary approval order to reflect these revisions.  The plaintiffs shall hand-deliver a courtesy copy of these submissions no later than December 2.

Dated:    New York, New York
          November 22, 2016

                                    _____
                                    DENISE COTE
                          United States District Judge